Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK U.S. DISTRICT COURT

AUG - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Steven A Lorange, | CASE NUMBER |
| | 2:11-cv-10417-SVW-JC |
| PLAINTIFF(S) | |
| v. | |
| University of California Los Angeles et al, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Stephen A Lorange

take nothing; that the action be dismissed on the merits; and that the defendant(s):

costs to determined by motion.

~~recover of the plaintiff(s) its costs of action, taxed in the sum of~~ _____ .

Clerk, U. S. District Court

Dated: August 6, 2012

By _____
Deputy Clerk

At: 4:23 p.m.

cc:    Counsel of record